The County of Lehigh of the State of Pennsylvania, Appellant *v.* Fountain Hill Continued Care Facility, Inc., Appellee.

Argued September 26, 1978, before President Judge Bowman and Judges Crumlish, Jr., Wilkinson, Jr., Rogers, Blatt, DiSalle and MacPhail. Judges Mencer and Craig did not participate.

*James L. Heidecker, Jr.,* Assistant County Solicitor, with him *John P. Thomas,* County Solicitor, for appellant.

*Charles I. Richman,* for appellee.

OPINION BY JUDGE DiSALLE, November 13, 1978:

We affirm on the able opinion and order of Judge MAXWELL E. DAVISON dated June 27, 1977, reported at 37 Lehigh L.J. 296 (1977).

President Judge BOWMAN dissents.

ORDER

AND Now, this 13th day of November, 1978, the order of the Court of Common Pleas of Lehigh County dated June 27, 1977, reported at 37 Lehigh L.J. 296 (1977), is hereby affirmed.